## THE CLOUD.[1]

### BERGANTZ and others *v.* THE CLOUD.

(*District Court, E. D. Pennsylvania.*    December 8, 1886.)

SALVAGE—TUG AT WHARF ON FIRE.
    A tug took fire while tied to a wharf.    While the fire was burning, and the firemen on shore were trying to put it out, the tug got loose, and was in danger of escaping beyond the reach of the firemen.    Libelants secured the tug, made her fast, and aided in extinguishing the fire.    *Held*, that they had rendered a salvage service, and were entitled to compensation.

In Admiralty.
*Theodore Etting*, for libelants.
*Flanders & Pugh*, for respondent.

BUTLER, J.    In view of the proofs, it must be held that the libelants rendered a salvage service.    It is clear that they tied up the tug, which had become unfastened, with no one on board, and was so near the outer end of the dock as to be in some danger of escaping, or passing beyond reach of the firemen on shore; they also did something towards extinguishing the fire, and preventing her destruction.    The services were not hazardous, nor of great value, and occupied but little time.    They must be compensated accordingly.    I believe the sum of $75 will be a sufficient and fair compensation, and this sum is allowed.    A decree may be so entered.

[1] Reported by C. Berkeley Taylor, Esq., of the Philadelphia bar.